AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# RIDER TO SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTINE VIRGILE, EMMANUEL VIRGILE, FABIENNE TOUSSAINT, S.L., a minor, by his mother and natural guardian, MARTINE VIRGILE,

                Plaintiffs,

  -against-

THE CITY OF NEW YORK, POLICE OFFICER JOHN DOE, POLICE OFFICER JOHN DOES # 1-10, UNITED STATES OF AMERICA, and DEPUTY MARSHAL JOHN DOES #1-10,

                Defendants.
-------------------------------------------------------------------X

Case No.: 1:23-cv-09482

## SUMMONS IN A CIVIL ACTION

To: (Defendants' names and addresses)

1. THE CITY OF NEW YORK
   100 Church Street
   New York, NY 10007

2. UNITED STATES OF AMERICA
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   U.S. Attorney's Office
   Eastern District of New York
   271 Cadman Plaza East
   Brooklyn, NY 11201

   USMS Tort Team
   Office of General Counsel, CG-3, 15th Floor
   United States Marshals Service
   Washinton, DC 20530-0001

3. POLICE OFFICER JOHN DOE

4. POLICE OFFICER JOHN DOES #1-10

5. DEPUTY MARSHAL JOHN DOES #1-10